Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re:<br>CAMERON TIM ROHNER<br>AMBER LEAH ROHNER<br>3652 E. ROBIN LANE<br><br>GILBERT, AZ 85296 | )<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 13 PROCEEDINGS<br><br>CASE NO. 2-23-bk-07821-MCW<br><br>CHAPTER 13 TRUSTEE'S REPORT<br>OF ALLOWED CREDITOR CLAIMS |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| **Name and Address of Creditor** | **Date Filed** | **Amount** | **Int %** | **Class** |
|---|---|---|---|---|
| Wells Fargo Dealer Services<br>PO Box 17900<br><br>Denver, CO 80217-0900 | 11/20/2023 | $54986.29 | 3.74% | Secured |
| Toyota Motor Credit Corporation<br>bankruptcy collections<br>P.O. Box 9490<br>Cedar Rapids, IA 52409-9490 | 12/01/2023 | $27785.03 | 4.99% | Secured |
| Office of the Arizona Attorney General<br>Tax, Bankruptcy, & Collection Section<br>2005 N. Central Avenue, Suite 100<br>Phoenix, AZ 85004-1592 | 11/06/2023 | $4278.00 | 0% | Priority |
| Internal Revenue Services<br>bankruptcy payments<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | | $269.81 | 0% | Priority |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | 12/11/2023 | $16192.33 | 0% | Unsecured |
| PENNYMAC LOAN SERVICES, LLC<br>Bankruptcy Collections<br>P.O. BOX 660929<br>DALLAS, TX 75266-0929 | 12/27/2023 | $1136.24 | 0% | Secured |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 12/09/2023 | $0.00 | 0% | Unsecured |
| American Express National Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 12/28/2023 | $56953.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| American Express National Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 12/28/2023 | $43847.14 | 0% | Unsecured |
| American Express National Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 12/28/2023 | $21706.23 | 0% | Unsecured |
| Jefferson Capital Systems LLC<br>PO BOX 772813<br><br>Chicago, IL 60677-2813 | 01/02/2024 | $1499.82 | 0% | Unsecured |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | 01/03/2024 | $18480.64 | 0% | Unsecured |
| On Deck Capital, Inc.<br>Client Services Center<br>4700 W. Daybreak Pkwy., Ste. 200<br>South Jordan, UT 84009- | 01/09/2024 | $34053.19 | 0% | Unsecured |
| US Bank<br>P.O. Box 5227<br><br>Cincinnati, OH 45201- | 01/09/2024 | $1134.21 | 0% | Unsecured |
| First Home Bank<br>Bayfirst National Bank<br>700 Central Ave, Mail Code 206<br>Saint Petersburg, FL 33701- | 01/10/2024 | $0.00 | 0% | Secured |
| Wells Fargo Bank, N.A.<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306- | 12/19/2023 | $9769.51 | 0% | Unsecured |
| CITIBANK N.A.<br>CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS, MO 63179- | | $0.00 | 0% | Unsecured |
| Wells Fargo Bank, N.A.<br>P.O. Box 5058<br>MAC P6053-021<br>Portland, OR 97208- | | $0.00 | 0% | Unsecured |
| Kenneth L. Neeley, Esq.<br>1120 S. Dobson Rd, STE. 230<br><br>Chandler, AZ 85286- | | $1187.00 | 0% | Legal |
| Kenneth L. Neeley, Esq.<br>1120 S. Dobson Rd, STE. 230<br><br>Chandler, AZ 85286- | | $4313.00 | 0% | Legal |

Edward J. Maney, Esq.

Digitally signed by Edward J. Maney, Esq.
Date: 2024.04.29 12:39:00 -07'00'

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776 Fax (602) 277-4103
Email: office@maney13trustee.com